# Notice Recipients

District/Off: 0315–2 | User: auto | Date Created: 1/20/2022
Case: 22–20079–JAD | Form ID: pdf900 | Total: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Mary Bower Sheats | Mary@mbsheatslaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Sharon F. Hawk | 75 Murray Avenue | Washington, PA 15301 |
| 15446055 | City of Washington | 55 W Maiden St | Washington, PA 15301–6911 |
| 15446057 | KML Law Group, PC | 701 Market St Ste 5000 | Philadelphia, PA 19106–1541 |
| 15446056 | Keystone Collections Group | PO Box 505 | Irwin, PA 15642–0505 |
| 15446058 | PNC Bank, National Association | 3232 Newmark Dr | Miamisburg, OH 45342–5421 |
| 15446059 | Tom Flickinger, County Treasurer | 95 W Beau St Ste 130 | Washington, PA 15301–6825 |
| 15446060 | Washington County Tax Claim Bureau | 100 W Beau St Ste 205 | Washington, PA 15301–4432 |

TOTAL: 7