# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Sharon F. Hawk                                              CHAPTER 13

　　　　　　　　　　　Debtor(s)

BKY. NO. 22-20079 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of PNC BANK, National Association and index same on the master mailing list.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　/s/ Brian C. Nicholas
　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　02 Mar 2022, 10:10:14, EST

　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　Denise Carlon, Esq. (317226) ☐
　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　412-430-3594
　　　　　　　　　　　bkgroup@kmllawgroup.com