IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Sharon F. Hawk | : Case No. 22-20079 |
|   Debtor | : Chapter 13 |
| Sharon F. Hawk | : |
|   Movant | : Related to Documents Nos. 25  and 33 |
| vs. | : |
| PNC Bank, N.A., and Ronda J. Winnecour, | : |
| Esquire, Chapter 13 Trustee | : |
|   Respondents | |

## ORDER

A *Loss Mitigation Order* dated March 1, 2022 was entered in the above matter at Document No. 25 . On   May 1, 2022 , a ***Motion to Terminate the Loss Mitigation Program*** was filed by Sharon Hawk, Debtor (Movant)        at Document No.  33 .

*AND NOW*, this   2nd   day of      May       , 2022, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is ***terminated***, ***effective*** May 2     , *20*22, and the Final Report is due seven (7) days thereafter pursuant to W.PA.LBR 9020-4(f).

BY THE COURT,

/s/ Jeffery A. Deller  sjk

Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/2/22 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20079-JAD |
| Sharon F. Hawk | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

**Recip ID        Recipient Name and Address**
db              + Sharon F. Hawk, 75 Murray Avenue, Washington, PA 15301-5227

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

James R. Wood
                    on behalf of Creditor City of Washington and Washington School District jwood@portnoffonline.com
                    jwood@ecf.inforuptcy.com

Mary Bower Sheats
                    on behalf of Debtor Sharon F. Hawk Mary@mbsheatslaw.com
                    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 5